UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -4 AM 9:47

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| --- | --- | --- |
| Plaintiff, | ) | 08 MJ 2718 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| Jose BRAVO-Alonso | ) | Title 8, U.S.C., Section 1326; |
| | ) | |
| | ) | Deported Alien Found in the United States |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **August 26, 2008**, within the Southern District of California, defendant, **Jose BRAVO-Alonso**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **September 2008**.

UNITED STATES MAGISTRATE JUDGE

9/3/08

**PROBABLE CAUSE STATEMENT**

On August 26, 2008, the defendant identified as **Jose BRAVO-Alonso,** was arrested in Escondido, California by the Escondido Police Department in violation of Section 1209 of the California Code of Civil Procedure: "CONTEMPT OF COURT" and booked into Vista County Jail. On August 26, 2008, an Immigration Enforcement Agent with Immigration and Customs Enforcement (ICE) determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody.

On September 3, 2008, the defendant was referred from local custody to ICE custody. A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States on or about July 21, 2006 and physically removed to Mexico on or about July 21, 2006 via the Calexico Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jose BRAVO-Alonso, a citizen and national of Mexico.